IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS EDUARDO PEREZ PARRA,
LEONEL JOSE RIVAS GONZALEZ,
and ABRAHAN JOSUE BARRIOS MORALES,

    Petitioners,

vs.                                    No. 24-CV-912 KG/KRS

DORA CASTRO, et al.,

    Respondents.

## ORDER TO SHOW CAUSE

This matter is before the Court on Petitioners' Verified Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The Court has examined the record and finds that a responsive pleading is required.

**IT IS THEREFORE ORDERED** that Respondents show cause on or before **December 6, 2024**, why the application for a writ of habeas corpus should not be granted; that Petitioners are granted until **December 16, 2024**, to file a Reply.

**IT IS SO ORDERED.**

**Dated November 26, 2024.**

_____
UNITED STATES DISTRICT JUDGE