IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LUIS EDUARDO PEREZ PARRA, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>DORA CASTRO, *et al.*,<br><br>*Respondents.* | No. 1:24-cv-00912-KG-KRS |

ORDER EXTENDING PAGE LIMIT FOR PETITIONERS' REPLY

Before the Court is Petitioners' Unopposed Motion to File Excess Pages (Doc. 33) for their Reply in support of their Petition for a Writ of Habeas Corpus. Having considered the motion,

IT IS HEREBY ORDERED THAT Petitioners shall be permitted to file a Reply not to exceed twenty (20) pages.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE