*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF NEW MEXICO*

*Clerk's Minutes*
*Before the Honorable Kenneth J. Gonzales*

*Title:* *Perez Parra, et al. v. Castro, et al.,* CIV 24-0912 KG/KRS

*Date:* Sunday, February 9, 2025    *Court Interpreter:* None

*Courtroom Clerk:* M.Elfers    *Court Reporter:* ABQ-Zoom

*Court in Session: 5:08 p.m. – 5:14 p.m.*    *In-Court Time: 6 minutes*

*Type of Proceeding:* Hearing on [43] Opposed MOTION for Temporary Restraining Order via Zoom

*ATTORNEYS PRESENT FOR PETITIONERS:*
    *Jessica Vosburgh*
    *Samah Sisay*

*Other attorneys (not of record).*

*PROCEEDINGS:*

5:08 p.m.    *ZOOM RECORDING BEGINS/HEARING BEGINS*

            *Chief Judge Gonzales: Addresses Ms. Vosburgh and inquires about the current location of the three petitioners.*

            *Ms. Vosburgh: Responsive to Judge that the location of the three petitioners has been confirmed, as of earlier today, at Otero County.*

            *Chief Judge Gonzales continues to address Ms. Vosburgh: Discussion about jurisdictional deprivation if the petitioners are transferred to Guantanamo. Judge inclined to grant the motion for order enjoining the transfer of the three petitioners to the U.S. Naval Base at Guantánamo Bay. Order on Motion to be entered and case to proceed with next scheduled hearing, Status Conference hearing (via Zoom) on March 3rd.*

5:15 p.m.    *COURT IN RECESS/COUNSEL EXCUSED*