UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LUIS EDUARDO PEREZ PARRA,<br>LEONEL JOSE RIVAS GONZALEZ,<br>and ABRAHAN JOSUE BARRIOS MORALES,<br><br>   Petitioners,<br><br>   v.<br><br>DORA CASTRO, et al.,<br><br>   Respondents. | No. 24-CV-912 KG/KRS |

**RESPONDENTS' NOTICE REGARDING PETITIONERS' OPPOSED MOTION FOR A TEMPORARY RESTRAINING ORDER AND THE CLERK'S MINUTES FOR PROCEEDINGS HELD BEFORE CHIEF DISTRICT JUDGE <u>KENNETH J. GONZALES: MOTION HEARING HELD ON 2/9/2025</u>**

Respondents file this Notice Regarding Petitioners' Opposed Motion for a Temporary Restraining Order and the "Clerk's Minutes for Proceedings Held Before Chief District Judge Kenneth J. Gonzales: Motion Hearing Held On 2/9/2025." ECF Nos. 43 and 45. The Department of Homeland Security, Immigrations Customs Enforcement, has represented that the Petitioners will not be transferred to Guantanamo Bay. It is, however, proceeding with efforts to effectuate their removal consistent with their final orders of removal.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

AUGUST FLENTJE
Acting Director

SARAH S. WILSON
Assistant Director

DATED: February 9, 2025

*/s/ Lindsay W. Zimliki*
Lindsay W. Zimliki
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-5950
Facsimile (202) 305-7000
Lindsay.Zimliki@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2025, I electronically filed the foregoing via the Court's CM/ECF system. Service will be accomplished through the CM/ECF system to all parties.

                                         */s/ Lindsay W. Zimliki*
Lindsay W. Zimliki
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-5950
Facsimile (202) 305-7000
Lindsay.Zimliki@usdoj.gov

*Attorneys for Defendants*