IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


LUIS EDUARDP PEREZ PARRA,
LEONEL JOSE RIVAS GONZALEZ,
and ABRAHAN JOSUE BARRIOS MORALES,

        Petitioners,

v.                                    Civ. No. 24-912 KG/KRS

DORA CASTRO, *et al.*,

        Respondents.

ORDER

This matter is before the Court on its Order to Show Cause, (Doc. 49), entered February 13, 2025.  Respondents and Petitioners filed responses on February 18, 2025.  *See* (Docs. 52-53). Having considered the briefing, the Court does not find that either party satisfied the heavy burden required to limit public access to the record.  Therefore, it is ordered that parties propose redactions to currently sealed documents no later than **February 28, 2024**.


IT IS SO ORDERED.

                        /s/ Kenneth J. Gonzales_____
                        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed.  To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the court's PACER public access system.