**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Luis Eduardo PEREZ PARRA, e*t al.*,

    *Petitioners,*

    v.

DORA CASTRO, *et al.*,

    *Respondents.*

No. 1:24-cv-00912-KG-KRS

**ORDER APPROVING REDACTIONS PROPOSED IN JOINT RESPONSE TO THE COURT'S FEBRUARY 21, 2025 ORDER TO PROPOSE REDACTIONS TO CURRENTLY SEALED DOCUMENTS**

This matter comes before the Court on the parties' Joint Response to the Court's February 21, 2025 Order to Propose Redactions to Currently Sealed Documents (Doc. 55). The Court, having reviewed the redactions proposed by the parties, now approves the redactions as follows:

| Sealed Document | Petitioners' Redactions | Respondents' Redactions |
|---|---|---|
| Doc. 3, Declaration of Zoe Bowman | p. 2: Full name of M.R.R.Y. | None |
| Doc. 32-1, Exhibits to Respondents' Response to Order to Show Cause | p. 25 (Exh. D): A# <br> p. 29 (Exh. E): A# <br> p. 33 (Exh. F): DOB (except year), A#, address, phone <br> p. 36 (Exh. F): A# <br> p. 38 (Exh. G): A# <br> p. 40 (Exh. H): A# <br> p. 42 (Exh. I): A# <br> p. 47 (Exh. J): A# <br> p. 48 (Exh. J): A# <br> p. 49 (Exh. J): A# | pp. 25, 26 (Exh. D): The name of the NTA issuing officer and officer on certificate of service <br> pp. 29, 30 (Exh. E): The name of the NTA issuing officer and officer on certificate of service <br> pp. 33, 34 (Exh. F): The name of the NTA issuing officer and officer on certificate of service |

1

| | | |
|---|---|---|
| | p. 50 (Exh. J): A#, fingerprint<br>p. 52 (Exh. K): A#<br>p. 53 (Exh. K): A#<br>p. 55 (Exh. L): A#<br>p. 56 (Exh. K): A#<br>p. 58 (Exh. M): A#<br>p. 59 (Exh. K): A<br>p. 67 (Exh. O): DOB (except year)<br>p. 68 (Exh. O): DOB (except year), address<br>p. 69 (Exh. O): A# | p. 36 (Exh. F): The name of the NTA issuing officer<br>p. 49 (Exh. J): Name of the Deportation Officer who signed the certificate of service on Notice to Continue Detention<br>p. 50 (Exh. J): Name and signature of Deportation Officer M. Ibarra<br>p. 53(Exh. J): Name and signature of Deportation Officer E. Rojas<br>p. 56 (Exh. L): Name and signature of Deportation Officer E. Rojas<br>p. 59 (Exh. M): Name and signature of Deportation Officer C. Garcia<br>pp. 67, 68, 69 (Exh. O): Name and signature of CBPO M. Evans<br>p. 70 (Exh. O): Name and signature of CBPO M. Evans and witness CBPO C. J. Rivera |
| Doc. 39-1, Exhibits to Respondents' Sur-Reply in Support of Response to Order to Show Cause | pp. 27, 28, 29, 30, 31, 32, 33, 34 (Exh. F): A #<br>pp. 36, 37, 38, 39, 40 (Exh. G): A # | p. 27 (Exh. F): Name and signature of Deportation Officer P. de La Cruz and O. Mendoza<br>p. 31 (Exh. F): Name and signature of Deportation Officer E. Rojas<br>p. 36 (Exh. G): Name and signature of Deportation Officer P. de La Cruz and O. Mendoza |

2

| | | p. 40 (Exh. G): Name and signature of Deportation Officer E. Rojas |
|---|---|---|
| Doc. 48-1, Respondents' Notice of Removal Exhibit (Perez-Parra) | None | p. 5 (Exh. A): Name and signature of DO Verifying Removal<br>p. 5 (Exh. A): Name and Signature of Deportation Officer |
| Doc. 48-2, Respondents' Notice of Removal Exhibit (Rivas Gonzalez) | None | p. 6 (Exh. B): Name and signature of Deportation Officer Verifying Removal<br>p. 7 (Exh. B): Name and Signature of Deportation Officer |
| Doc. 48-3, Respondents' Notice of Removal Exhibit (Barrios Morales) | None | p. 4 (Exh. C): Name and Signature of Deportation Officers M. Ibarra and G. Vasquez |

The parties shall apply the above-listed redactions to Doc. 3, Doc. 32-1, Doc. 39-1, Doc. 48-1, Doc. 48-2, and Doc. 48-3 pursuant to this Order and shall file the redacted versions of the documents to be available on the public docket in the above-captioned matter no later than **August 14, 2026**. Counsel for Respondents shall be responsible for redacting documents filed on behalf of Respondents and counsel for Petitioners shall be responsible for redacting documents filed on behalf of Petitioners.

IT IS SO ORDERED.        /s/Kenneth J. Gonzales\
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

3

Approved by:

*/s/ Rebecca Sheff*
Rebecca Sheff
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
T: (781) 718-0990
rsheff@aclu-nm.org

Nicolas Palazzo (NY Bar No. 5419932)*
Las Americas Immigrant Adv. Center
1500 Yandell Dr.
El Paso, TX 79902
(915) 544-5126
nicolaspalazzo@las-americas.org

Samah Sisay*
Center for Constitutional Rights
666 Broadway St. 7th Floor
New York, NY
(212) 614-6436
(212) 614-6484
ssisay@ccrjustice.org

Jessica Myers Vosburgh*
Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201
(212) 614-6492
jvosburgh@ccrjustice.org

*Appearing *Pro Hac Vice*

*Counsel for Petitioners*

        -and-

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Matthew P. Seamon*
MATTHEW P. SEAMON
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
Post Office Box 878, Ben Franklin Station
Washington, D.C. 20044
T: (202) 598-2648
Matthew.Seamon2@usdoj.gov

*Counsel for Respondents*